JERRY D. PETERSEN, APPELLANT, v. JOHN R. HANLON, COMMISSIONER OF LABOR, STATE OF NEBRASKA, AND MERCY FONTENELLE CENTER, APPELLEES.

350 N.W.2d 23

Filed June 22, 1984. No. 83-701.

Garrett Law Office, for appellant.

Paul D. Kratz, for appellee Commissioner of Labor.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

We have reviewed this matter de novo on the rec-

ord and have found no error concerning the judgment of the district court. The judgment of the district court is affirmed.

AFFIRMED.